*DANIEL MEIER*
*v*
*Detroit Diesel Corp.*

*USDC*

**FILED**

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BOTSFORD HOSPITAL, MI**

## PLAINTIFF'S MOTION FOR APPOINTMENT
## OF COUNSEL

Plaintiff, Daniel L. Meier files this Motion for Appointment of

Counsel, as support the Plaintiff states:

Due to the Plaintiff's financial situation and the seriousness and

complexities of this case, the plaintiff requests that the honorable court

assign counsel for the plaintiff.

07 1940

September 18, 2007                    Respectfully Submitted,

Daniel L. Meier
21223 Seminole Street
Southfield, Michigan
48034
(313) 303-6093

3